UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In Re: | Case No. 19-91749-AKM-13 |
| Robin J. Hughes<br>  *aka* Robin John Hughes<br>Lisa A. Hughes<br>  *aka* Lisa Hughes<br>  *aka* Lisa A. Phalen | Chapter 13 |
| Debtors. | Judge Andrea K. McCord |

**NOTICE OF APPEARANCE**

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of Franklin Credit Management Corporation as Servicer for Deutsche Wilmington Savings Fund Society, FSB, not in its individual capacity but not solely as certificate trustee of Bosco Credit II Trust 2010-1, in the above captioned proceedings.

                                              Respectfully Submitted,

                                              /s/ Molly Slutsky Simons
                                              Molly Slutsky Simons (OH 0083702)
                                              Sottile & Barile, Attorneys at Law
                                              394 Wards Corner Road, Suite 180
                                              Loveland, OH 45140
                                              Phone: 513.444.4100
                                              Email: bankruptcy@sottileandbarile.com
                                              Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on November 27, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Lloyd Koehler, Debtors' Counsel
    lloydkoehler@hotmail.com

    Joseph M. Black, Jr., Trustee
    jmbecf@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on November 27, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Robin J. Hughes, Debtor
    4916 Highway 3
    Otisco, IN 47163

    Lisa A. Hughes, Debtor
    4916 Highway 3
    Otisco, IN 47163

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (OH 0083702)
    Attorney for Creditor