**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | } | |
| ROBIN HUGHES | } | CASE NO. 19-91749-AKM-13 |
| LISA HUGHES | } | |
|     DEBTOR(S) | } | |

**NOTICE OF DEBTOR'S DEATH**

Comes now Lloyd E. Koehler, counsel for the Debtor, and hereby states as follows:

The Debtor, Robin Hughes, passed away on August 8th, 2021.

I certify under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 11th day of January, 2022

Respectfully Submitted,

_/s/ Lloyd E. Koehler_____
Lloyd E. Koehler
Attorney at Law
400 Pearl Street, Suite 200
New Albany, IN  47150
(812) 949-2211
Fax (812) 941-3907
E-mail: lloydkoehler@hotmail.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 11th day of January, 2022 a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:
- Joseph M. Black, Jr., Chapter 13 Trustee: jmbecf@trustee13.com
- U.S. Trustee: ustpregion10.in.ecf@usdoj.gov

_/s/ Lloyd E. Koehler_____
Lloyd E. Koehler